532 F.2d 1053
 Dorothy Canfield STEPHENS, Executrix of the Estate of T. D.
Stephens, Deceased, Plaintiff-Appellant,
v.
REYNOLDS SECURITIES, INC., Defendant-Appellee.
 No. 76-1463
Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 June 7, 1976.
 
 Edward Still, James L. Shores, Birmingham, Ala., for plaintiff-appellant.
 N. Lee Cooper, George G. Lynn, Birmingham, Ala., for defendant-appellee.
 Before GODBOLD, DYER and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed on the basis of the district court's memorandum opinion, Stephens v. Reynolds Securities, Inc., N.D.Ala.1976, --- F.Supp. ----.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I